MICHAEL R. FARRELL (BAR NO. 173831)
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: mfarrell@allenmatkins.com
        thsu@allenmatkins.com

Attorneys for Plaintiff
KRISTA L. FREITAG, Court-appointed Receiver

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| KRISTA L. FREITAG, Court-Appointed Permanent Receiver for World Capital Market Inc.; WCM777 Inc.; WCM777 Ltd. d/b/a WCM777 Enterprises, Inc.; Kingdom Capital Market, LLC; Manna Holding Group, LLC; Manna Source International, Inc.; WCM Resources, Inc.; ToPacific Inc.; To Pacific Inc.; and their subsidiaries and affiliates, <br><br>Plaintiff, <br><br>v. <br><br>GOVERNMENTAL IMPACT, INC.; JAMES DANTONA; ZAYDA ABERIN; and ZHB INTERNATIONAL CORP., <br><br>Defendants. | Case No. CV 14-7518-JFW(MRW) <br><br>ASSIGNED FOR ALL PURPOSES TO Judge John F. Walter <br><br>JUDGMENT ON APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY COURT AS AGAINST DEFAULTED DEFENDANTS ZAYDA ABERIN AND ZHB INTERNATIONAL CORP. <br><br>Date: May 18, 2015 <br>Time: 1:30 p.m. <br>Ctrm: 16 <br><br>Complaint Filed: September 26, 2014 |

## JUDGMENT

The Court having considered the Application of Krista L. Freitag ("Receiver"), Court-appointed permanent for Defendants World Capital Market Inc., WCM777 Inc., and WCM777 Ltd. d/b/a WCM777 Enterprises, Inc., Relief Defendants Kingdom Capital Market, LLC; Manna Holding Group, LLC; Manna Source International, Inc.; WCM Resources, Inc.; ToPacific Inc.; To_Pacific Inc.;

and their subsidiaries and affiliates, for entry of default judgment against Defendants Zayda Aberin ("Aberin") and ZHB International Corp. ("ZHB"), and the supporting declarations, exhibits and pleadings on file in this action, and good cause appearing therefor, hereby ORDERS, ADJUDGES, AND DECREES as follows:

1. The Receiver's Application is granted.

2. The Receiver's Complaint in this action was filed on September 26, 2014.

3. The Summons and Complaint was personally served on Aberin and ZHB on September 27, 2014.

4. Aberin and ZHB failed to answer or otherwise respond to the Complaint.

5. Aberin and ZHB's failure to appear and answer this lawsuit constitutes an admission of all allegations contained in the Complaint.

6. The Clerk of this Court entered default against Aberin and ZHB on February 24, 2015.

7. The Receiver is entitled to default judgment against Aberin and ZHB.

8. A default judgment is thus hereby entered in favor of the Receiver and against Aberin and ZHB, jointly and severally, in the amount of $325,000.

Dated: May 13, 2015

John F. Walter
Judge, United States District Court